**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
  amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **RCH Lawn Maintenance LLC** |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Diversified Landscaping** |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **27-0409745** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **226 N Latitude Circle**<br>**Delray Beach, FL 33483**<br>Number, Street, City, State & ZIP Code | **9858 Glades Road, Suite 163**<br>**Boca Raton, FL 33434**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Palm Beach**<br>County | Location of principal assets, if different from principal place of business<br>**4427 S Military Trail Lake Worth, FL 33463**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **www.floridalawnenforcement.com** |

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **RCH Lawn Maintenance LLC**                                    Case number (*if known*) _____
        Name

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
_5617_

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

☑ Yes.

Debtor  **Seth Horowytz**                    Relationship  **Managing Member**

District  **Southern District of Florida**    When _____  Case number, if known _____

Debtor    **RCH Lawn Maintenance LLC**                                         Case number (*if known*)
_____
Name

**11. Why is the case filed in this district?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds** .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **RCH Lawn Maintenance LLC**
          Name

Case number (*if known*) _____

---

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August  1, 2018**
               MM / DD / YYYY

**X /s/ Seth Horowytz**                              **Seth Horowytz**
Signature of authorized representative of debtor      Printed name

Title    **Managing Member**

---

**18. Signature of attorney**

**X /s/ Aaron A. Wernick**                    Date **August  1, 2018**
Signature of attorney for debtor                   MM / DD / YYYY

**Aaron A. Wernick 14059**
Printed name

**Furr & Cohen**
Firm name

**2255 Glades Rd.**
**Suite 301E**
**Boca Raton, FL 33431**
Number, Street, City, State & ZIP Code

Contact phone   **561-395-0500**          Email address _____

**14059 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **RCH Lawn Maintenance LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __August  1, 2018__          X */s/ Seth Horowytz*
                                          Signature of individual signing on behalf of debtor

                                          **Seth Horowytz**
                                          Printed name

                                          **Managing Member**
                                          Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **RCH Lawn Maintenance LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Advantage Funding 1111 Marcus Avenue, Suite M27 Lake Success, NY 11042 | | 2014 Isuzu NPR HD 5.2 Diesel Crew Cab Serial Number Ending in 1305 2014 Isuzu NPR HD 5.2 Diesel Crew Cab Serial Number Ending in 1272 | | $49,531.68 | $11,000.00 | $38,531.68 |
| Alvaro Gamaliel Vail Lux 18536 NW 35th Place Miami, FL 33147 | | Potential Liability from Lawsuit | Contingent Unliquidated Disputed | | | $0.00 |
| American Express 200  Vesey Street New York, NY 10285 | | Credit Card | | | | $61,604.03 |
| Capital One NA 7933 Preston Road Plano, TX 75024 | | unsecured loan | | | | $6,726.61 |
| Carlos Heliel Vail Lux 2901 NW 87th Terrace Miami, FL 33147 | | Potential Liability from Lawsuit | Contingent Unliquidated Disputed | | | $0.00 |
| Chase Mileage Plus United P.O. Box 15123 Wilmington, DE 19850-5123 | | Credit Card | | | | $10,122.04 |
| Daniel Levine, Esq 3837 NW 2nd Ave, Ste 200 Boca Raton, FL 33431 | | Legal Services | | | | $30,000.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **RCH Lawn Maintenance LLC**                                                Case number *(if known)* _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Hitachi Captial America Corp 800 Connecticut Avenue Norwalk, CT 06854** | | **2007 Isuzu NQR truck vin no: JALC4J16077002051** | | $15,797.59 | $5,900.00 | $9,897.59 |
| **Isuzu Finance of America, Inc 2500 Westchester Avenue, Suite 312 Purchase, NY 10577** | | **2017 Isuzu truck NPR-HD Crew vin no: 54DC4J1B3HS808667** | | $48,388.92 | $18,500.00 | $29,888.92 |
| **Landworks Depot 901 155th Ln S Delray Beach, FL 33446** | | **plants and planting supplies** | | | | $45,000.00 |
| **Newman Group c/o John Newman 6803 Lake Worth Road Lake Worth, FL 33467** | | **Accounting Services** | | | | $1,073.00 |
| **Nick Felicione Pest Control 1939 Banks Rd. Margate, FL 33063** | | **Pest Control Services** | | | | $4,000.00 |
| **Nissan Motor Acceptance Corp P.O. Box 390888 Minneapolis, MN 55439** | | **2015 Nissan Titan truck vin no: 1N6BA0ED0FN500525** | | $18,148.13 | $6,500.00 | $11,648.13 |
| **Nissan Motor Acceptance Corp P.O. Box 390888 Minneapolis, MN 55439** | | **2016 Nissan NV 1500 van vin no: 1N6BF0KM2GN811722** | | $19,589.69 | $6,000.00 | $13,589.69 |
| **Pronto Mowers 8208 205th Ts Boca Raton, FL 33434** | | **Equipment and Services** | | | | $6,000.00 |
| **Strategic Funding Source, Inc 211 D. Bulifants Blvd, Suite E Williamsburg, VA 23188** | | **Business loan** | | | | $34,200.00 |
| **U.S. Department of Labor 1000 South Pine Island Road Suite 100 Fort Lauderdale, FL 33324** | | **OSHA penalty** | | | | $7,392.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | RCH Lawn Maintenance LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| US Bank P.O. Box 790179 Saint Louis, MO 63179 | | 2015 Porsche 911 Carrera vin no: WP0CA2A96FS14 1428 | | $74,736.29 | $55,000.00 | $19,736.29 |
| Wells Fargo Equipment Finance 300 Tri-State International, Suite 400 Lincolnshire, IL 60069 | | Vermeer SC362011 Stump Cutter | | $22,375.80 | $3,000.00 | $19,375.80 |
| Western Equipment Finance 503 Highway 2 West Devils Lake, ND 58301 | | (1) Bandit Model 1290H Brush Chipper, 2003 (1) Freight | | $36,000.00 | $15,000.00 | $21,000.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **RCH Lawn Maintenance LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

| Part 1: | **Summary of Assets** |
| --- | --- |

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*.................................................................................    $      **0.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*.............................................................................    $      **318,044.30**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*...............................................................................    $      **318,044.30**

---

| Part 2: | **Summary of Liabilities** |
| --- | --- |

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................    $      **284,568.10**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................    $      **7,392.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................    +$      **198,725.68**

4.    **Total liabilities** ..............................................................................................
    Lines 2 + 3a + 3b

$      **490,685.78**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **RCH Lawn Maintenance LLC**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF FLORIDA

Case number (if known)     _____

☐ Check if this is an
amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.       **Cash on hand** | **$0.00** |

3.      **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1.   **JP Morgan Chase Bank, N.A.** | **Checking** | **3998** | **$3.00** |
| 3.2.   **JP Morgan Chase Bank, N.A.** | **Checking** | **0502** | **$1,100.00** |
| 3.3.   **Capital One NA** | **Checking** | **3469** | **$616.30** |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | **$1,719.30** |
| --- | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ■ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor   **RCH Lawn Maintenance LLC**                                    Case number *(If known)* _____
_____
Name

| Part 3: | **Accounts receivable** |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

11a. 90 days old or less:       **142,000.00** − **0.00** = .... **$142,000.00**

face amount        doubtful or uncollectible accounts

12.   **Total of Part 3.**                                                           **$142,000.00**
     Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| Part 4: | **Investments** |
|---|---|

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2016 Nissan NV 1500 van vin no: 1N6BF0KM2GN811722** | **$0.00** | Appraisal | **$6,000.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor  **RCH Lawn Maintenance LLC**  Case number *(If known)* _____
Name

| | | | | |
|---|---|---|---|---|
| 47.2. | **2017 Isuzu truck NPR-HD Crew vin no: 54DC4J1B3HS808667** | $0.00 | **Appraisal** | $18,500.00 |
| 47.3. | **2014 Isuzu NPR truck vin no: JALC4J164E7001272** | $0.00 | **Appraisal** | $5,800.00 |
| 47.4. | **2015 Porsche 911 Carrera vin no: WP0CA2A96FS141428** | $0.00 | **Appraisal** | $55,000.00 |
| 47.5. | **2014 Isuzu NPR truck vin no: JALC4J164E7001305** | $0.00 | **Appraisal** | $5,200.00 |
| 47.6. | **2015 Nissan Titan truck vin no: 1N6BA0ED0FN500525** | $0.00 | **Appraisal** | $6,500.00 |
| 47.7. | **2007 Isuzu NQR truck vin no: JALC4J16077002051** | $0.00 | **Appraisal** | $5,900.00 |
| 47.8. | **2016 Lincoln MKX - vin no: 2LMTJ8LP4GBL53139 - Leased Vehicle** | $0.00 | | $0.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
**Various Lawn Equipment and Machinary - See Attached List**                    $0.00     **Comparable sale**     $71,425.00

51. **Total of Part 8.**                                                            $174,325.00
Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **RCH Lawn Maintenance LLC**                                    Case number *(if known)* _____
                  Name

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **4427 S Military Trail Lake Worth, FL 33463 Lease for use of yard** | Lease | $0.00 | | $0.00 |

56.  **Total of Part 9.**                                                                                              $0.00

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
   Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

   ■ No
   ☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

   ■ No
   ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59.  **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **RCH Lawn Maintenance LLC**                                 Case number *(If known)* _____
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,719.30 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $142,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $174,325.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $318,044.30 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $318,044.30 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

**List of Equiment and Machinary**

11 -  two cycle shindawa blower eb902-rt

4  -  two cycle red max blower eb28500

1 - blower echo pb-770T

5 - stihl weed eaters fs 100 rx

1 - stihl weed eater fs 90 r

2 - stihl weed eaters fs 130

4 - shindawa weed eaters t1242

11 -  trimmers stihl HL 100k

1 - shindawa chainsaw model 358ts

1  - stihl chainsaw model HT 101

1  - echo chainsaw pole ppt-266

1  - echo chainsaw cs -355

5 - stihl edger fc 90

3 - hustler 54 model #933457

2 - husler 54 model #932855

1 - hustler 60 model #932145

2 - Chipper: serial#0001056

1 - Lift

1 - stump grinder: vermeer SC 252

21  - masonry mower model #479904

1  - stihl weed eater FS 131 r

1  - stihl weed eater FS 130 r

**Fill in this information to identify the case:**

Debtor name    **RCH Lawn Maintenance LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1**   **Advantage Funding**
Creditor's Name

**1111 Marcus Avenue, Suite M27**
**Lake Success, NY 11042**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**July 15, 2015**

Last 4 digits of account number
**6423**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2014 Isuzu NPR HD 5.2 Diesel Crew Cab Serial Number Ending in 1305**
**2014 Isuzu NPR HD 5.2 Diesel Crew Cab Serial Number Ending in 1272**

Describe the lien
**vehicle loan**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$49,531.68**    Value of collateral: **$11,000.00**

---

**2.2**   **CT Corporation System**
Creditor's Name

**Attn: SPRS**
**330 N Brand Blvd, Suite 700**
**Glendale, CA 91203**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Describe debtor's property that is subject to a lien
**UCC on all assets including accounts receivables, chattel paper, inventory, equipment, instruments, including but not limited to promissory notes, investment property, documents, deposit accounts, letter of credit rights, general intangible**

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Amount of claim: **Unknown**    Value of collateral: **Unknown**

Debtor    **RCH Lawn Maintenance LLC**                                    Case number (if know)
_____
Name

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.3 | **Hitachi Captial America Corp** | **Describe debtor's property that is subject to a lien** | $15,797.59 | $5,900.00 |
|---|---|---|---|---|

Creditor's Name

**2007 Isuzu NQR truck vin no: JALC4J16077002051**

**800 Connecticut Avenue Norwalk, CT 06854**

Creditor's mailing address

**Describe the lien**
**Automobile Loan**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number 7002**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.4 | **Isuzu Finance of America, Inc** | **Describe debtor's property that is subject to a lien** | $48,388.92 | $18,500.00 |
|---|---|---|---|---|

Creditor's Name

**2017  Isuzu truck NPR-HD Crew vin no: 54DC4J1B3HS808667**

**2500 Westchester Avenue, Suite  312 Purchase, NY 10577**

Creditor's mailing address

**Describe the lien**
**Automobile Loan**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number 4068**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.5 | **Nissan Motor Acceptance Corp** | **Describe debtor's property that is subject to a lien** | $18,148.13 | $6,500.00 |
|---|---|---|---|---|

Creditor's Name

**2015 Nissan Titan truck vin no: 1N6BA0ED0FN500525**

**P.O. Box 390888 Minneapolis, MN 55439**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor **RCH Lawn Maintenance LLC**
_____
Name

Case number (if know) _____

| | |
|---|---|
| Creditor's mailing address | **Describe the lien**<br>**Automobile Loan** |
| | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No<br>☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.6 | **Nissan Motor Acceptance Corp** | **Describe debtor's property that is subject to a lien** | $19,589.69 | $6,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2016 Nissan NV 1500 van vin no: 1N6BF0KM2GN811722** | | |

**P.O. Box 390888**
**Minneapolis, MN 55439**
Creditor's mailing address

**Describe the lien**
**Automobile Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Small Town Advance** | **Describe debtor's property that is subject to a lien** | Unknown | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **UCC on accounts, accounts receivable, contracts, real property leases, notes, bills, acceptances, chooses action, chattel paper, instruments, documents and other forms of obligations.** | | |

**1608 S. Ashland Ave**
**#35697**
**Chicago, IL 60608**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | RCH Lawn Maintenance LLC | | Case number (if know) | |
| | Name | | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.8 | **US Bank** |
| | Creditor's Name |

**P.O. Box 790179**
**Saint Louis, MO 63179**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2015 Porsche 911 Carrera vin no:**
**WP0CA2A96FS141428**

**Describe the lien**
**Automobile Loan**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$74,736.29     $55,000.00

---

| 2.9 | **Wells Fargo Equipment Finance** |
| | Creditor's Name |

**300 Tri-State International, Suite 400**
**Lincolnshire, IL 60069**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**February 8, 2018**
**Last 4 digits of account number**
**3001**
**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Vermeer SC362011 Stump Cutter**

**Describe the lien**
**Equipment Loan**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$22,375.80     $3,000.00

---

| 2.10 | **Western Equipment Finance** |
| | Creditor's Name |

**503 Highway 2 West**
**Devils Lake, ND 58301**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**(1) Bandit Model 1290H Brush Chipper, 2003**
**(1) Freight**

**Describe the lien**
**Equipment Loan**

$36,000.00     $15,000.00

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **RCH Lawn Maintenance LLC**                          Case number (if know)
                    Name

_____

Creditor's email address, if known

**Date debt was incurred**

**September 13, 2017**

**Last 4 digits of account number**

**7792**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $284,568.10

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name __**RCH Lawn Maintenance LLC**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF FLORIDA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| | | | |

**2.1** Priority creditor's name and mailing address
**Florida Department of Revenue**
**5050 West Tennessee Street**
**Tallahassee, FL 32399**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$0.00**   Priority amount: **$0.00**

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number __**Notice Only**__

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**2.2** Priority creditor's name and mailing address
**Internal Revenue Service**
**POB 21126**
**Philadelphia, PA 19114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$0.00**   Priority amount: **$0.00**

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number __**Notice Only**__

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Debtor   **RCH Lawn Maintenance LLC**
_____
Name

Case number (*if known*) _____

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Palm Beach County Tax Collector**
**P.O. Box 3715**
**West Palm Beach, FL 33402-3715**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number **Notice Only**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,392.00 | $0.00 |

**U.S. Department of Labor**
**1000 South Pine Island Road Suite**
**100**
**Fort Lauderdale, FL 33324**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**June 27, 2018**

Basis for the claim:
**OSHA penalty**

Last 4 digits of account number **3122**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Alvaro Gamaliel Vail Lux**
**18536 NW 35th Place**
**Miami, FL 33147**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential Liability from Lawsuit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$61,604.03** |

**American Express**
**200 Vesey Street**
**New York, NY 10285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5003**

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,726.61** |

**Capital One NA**
**7933 Preston Road**
**Plano, TX 75024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5780**

Basis for the claim:   **unsecured loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **RCH Lawn Maintenance LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Carlos Heliel Vail Lux**
**2901 NW 87th Terrace**
**Miami, FL 33147**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Potential Liability from Lawsuit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,122.04** |
|---|---|---|---|

**Chase Mileage Plus United**
**P.O. Box 15123**
**Wilmington, DE 19850-5123**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  9110**

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Daniel Levine, Esq**
**3837 NW 2nd Ave, Ste 200**
**Boca Raton, FL 33431**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Legal Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Danny Perez Delgado**
**18631 NW 49th Court**
**Opa Locka, FL 33055**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Potential Liability from Lawsuit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**J.H. Zidell, P.A.**
**300-71st Street, Suite 605**
**Miami Beach, FL 33141**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Potential Liability from Lawsuit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45,000.00** |
|---|---|---|---|

**Landworks Depot**
**901 155th Ln S**
**Delray Beach, FL 33446**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **plants and planting supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Maikel Sarracent Aldana**
**1466 Ranch Drive**
**West Palm Beach, FL 33415**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Potential Liability from Lawsuit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **RCH Lawn Maintenance LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,073.00** |
|---|---|---|---|

**Newman Group**
**c/o John Newman**
**6803 Lake Worth Road**
**Lake Worth, FL 33467**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Accounting Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00** |
|---|---|---|---|

**Nick Felicione Pest Control**
**1939 Banks Rd.**
**Margate, FL 33063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Pest Control Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,000.00** |
|---|---|---|---|

**Pronto Mowers**
**8208 205th Ts**
**Boca Raton, FL 33434**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Equipment and Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Roberto Calimano Rodriguez**
**1342 NW 31st Court**
**Miami, FL 33147**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Potential Liability from Lawsuit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$34,200.00** |
|---|---|---|---|

**Strategic Funding Source, Inc**
**211 D. Bulifants Blvd, Suite E**
**Williamsburg, VA 23188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __June 11, 2018__

**Basis for the claim:** __Business loan__

Last 4 digits of account number __6381__

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:  List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **American Express**<br>**PO Box 650448**<br>**Dallas, TX 75265-0448** | Line __3.2__<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | **American Express**<br>**PB 297879**<br>**Fort Lauderdale, FL 33329-7879** | Line __3.2__<br><br>☐ Not listed. Explain ____ | __ |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **RCH Lawn Maintenance LLC** | | Case number (if known) | |
|--------|------------------------------|---|---------------------------|---|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|------|--------------------------|---------------------------------|---------------|
| 4.3 | **Florida Department of Revenue**<br>**Bankruptcy Section**<br>**P.O. Box 6668**<br>**Tallahassee, FL 32314-6668** | Line **2.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Insolvency Unit**<br>**7850 S.W. 6th Court**<br>**Mail Stop 5730**<br>**Fort Lauderdale, FL 33324** | Line **2.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Internal Revenue Service**<br>**POB 7346**<br>**Philadelphia, PA 19101-7346** | Line **2.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Internal Revenue Service**<br>**Ogden, UT 84201-0005** | Line **2.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Internal Revenue Service**<br>**Department of the Treasury**<br>**RAIVS Team, Stop 91**<br>**P. O. Box 47-421**<br>**Atlanta, GA 30362** | Line **2.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **J.H. Zidell, P.A.**<br>**300-71st Street, Suite 605**<br>**Miami Beach, FL 33141** | Line **3.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **J.H. Zidell, P.A.**<br>**300-71st Street, Suite 605**<br>**Miami Beach, FL 33141** | Line **3.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **J.H. Zidell, P.A.**<br>**300-71st Street, Suite 605**<br>**Miami Beach, FL 33141** | Line **3.7**<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **J.H. Zidell, P.A.**<br>**300-71st Street, Suite 605**<br>**Miami Beach, FL 33141** | Line **3.10**<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 | **J.H. Zidell, P.A.**<br>**300-71st Street, Suite 605**<br>**Miami Beach, FL 33141** | Line **3.14**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 7,392.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 198,725.68 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 206,117.68 |

**Fill in this information to identify the case:**

Debtor name    **RCH Lawn Maintenance LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal       Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest    **2016 Lincoln Vin No: 2LMTJ8LP4GBL53139** | |
| State the term remaining    **September 30, 2019** | **HTD Leasing LLC** |
| List the contract number of any government contract | **P.O. Box 105704 Atlanta, GA 30348-5704** |
| **2.2.**  State what the contract or lease is for and the nature of the debtor's interest    **Lease for use of yard.** | |
| State the term remaining    **September 2018** | **LG  Autotronics, Inc** |
| List the contract number of any government contract | **4427 South Military Trail Lake Worth, FL 33463** |

**Fill in this information to identify the case:**

Debtor name **RCH Lawn Maintenance LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Seth Horowytz** | **226 N Latitude Cir**<br>**Delray Beach, FL 33483**<br>**Guarantor** | **Western Equipment Finance** | ■ D __2.10__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Seth Horowytz** | **226 N Latitude Cir**<br>**Delray Beach, FL 33483**<br>**Guarantor** | **Strategic Funding Source, Inc** | ☐ D _____<br>■ E/F __3.15__<br>☐ G _____ |
| 2.3 | **Seth Horowytz** | **226 N Latitude Cir**<br>**Delray Beach, FL 33483**<br>**Guarantor** | **Advantage Funding** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Seth Horowytz** | **226 N Latitude Cir**<br>**Delray Beach, FL 33483** | **CT Corporation System** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

---

**Fill in this information to identify the case:**

Debtor name    **RCH Lawn Maintenance LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an
amended filing

---

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$851,202.21** |
| **For prior year:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$1,558,216.97** |
| **For year before that:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$1,220,010.20** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| | | | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    RCH Lawn Maintenance LLC                                          Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **American Express**<br>**200  Vesey Street**<br>**New York, NY 10285** | **Average Payments of $500.00 daily.** | $50,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Credit Card** |
| 3.2. **Landworks Depot**<br>**901 155th Ln S**<br>**Delray Beach, FL 33446** | **June 5, 2018 - $15,000.00 April 11, 2018 - $24,500.00** | $39,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **Pronto Mowers**<br>**8208 205th Ts**<br>**Boca Raton, FL 33434** | **June 5, 2018 - $4,000.00 May 8, 2018 - $2,500.00** | $6,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Stephanie Horowytz**<br>**75 Sterling Blvd Unit 237**<br>**Englewood, NJ 07631**<br>**Manager's Sister** | **Monthly payments of $725.00** | $9,000.00 | **car payment as payback for loan** |

5. **Repossessions, foreclosures, and returns**

List any property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Debtor    RCH Lawn Maintenance LLC                                    Case number *(if known)*

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. | Carlos Heliel Vail Lux, Alvaro Gamaliel Vail Lu, and all others similarly situated under 29 U.S.C. 216(b), Plaintiff<br>vs.<br>RCH Lawn Maintenance LLC and Seth Horowytz<br>1:16-cv-25039-JLK | Federal Overtime Wage Violation | The James Lawrence King Federal Justice<br>99 N. E. Fourth Street<br>Room 1127, Courtroom 2<br>Miami, FL 33132 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Roberto Calimano Rodriguez, and all others similarly situated under 29 U.S.C. 216(b), Plaintiff<br>vs.<br>RCH Lawn Maintenance LLC Defendant<br>1:17-cv-23012-JEM | Overtime Wage Violations | Wilkie D. Ferguson, Jr. United States Courthouse<br>400 North Miami Avenue<br>Room 10-1<br>Miami, FL 33128 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | U.S. Department of Labor vs. RCH Lawn Maintenance LLC<br>1313122 | OSHA Violation | U.S. Department of Labor<br>1000 South Pine Island Road Suite 100<br>Fort Lauderdale, FL 33324 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **RCH Lawn Maintenance LLC**                                   Case number *(if known)*

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Furr and Cohen, P.A.**<br>**2255 Glades Road**<br>**Suite 301E**<br>**Boca Raton, FL 33431** | **retainer for attorney's fees** | **July 27, 2018** | **$15,000.00** |
| | Email or website address<br>**www.furrcohen.com** | | | |
| | Who made the payment, if not debtor?<br>**Rona Spina (mother of debtor's principal)** | | | |
| 11.2. | **Furr and Cohen, P.A.**<br>**2255 Glades Road**<br>**Suite 301E**<br>**Boca Raton, FL 33431** | **retainer for attorney's fees and costs** | **August 1, 2018** | **$15,000.00** |
| | Email or website address<br>**www.furrcohen.com** | | | |
| | Who made the payment, if not debtor?<br>**Rona Spina (mother of debtor's principal)** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any payments of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

Debtor    **RCH Lawn Maintenance LLC**                                        Case number *(if known)*

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    RCH Lawn Maintenance LLC                                    Case number *(if known)*_____

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|

Debtor    RCH Lawn Maintenance LLC _____    Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Jonathan Newman** **6803 Lake Worth Road** **Lake Worth, FL 33467** | **2015  to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **Jonathan Newman** **6803 Lake Worth Road** **Lake Worth, FL 33467** | **2015  to present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Jonathan Newman** **6803 Lake Worth Road** **Lake Worth, FL 33467** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Seth Horowytz** | **9858 Glades Road., #163** **Boca Raton, FL 33434** | **Managing Manager** | **100%** |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Debtor    RCH Lawn Maintenance LLC _____    Case number *(if known)* _____

☐ No

■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Seth Horowytz**<br>**226 N Latitude Cir**<br>**Delray Beach, FL 33483** | **$626.48 per week** | **Weekly Payments** | **Compensation** |
| **Relationship to debtor**<br>**Managing Member** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August  1, 2018**

**/s/ Seth Horowytz** _____    **Seth Horowytz** _____
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **Managing Member** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No

☐ Yes

# United States Bankruptcy Court
## Southern District of Florida

In re __RCH Lawn Maintenance LLC_____     Case No. _____
                                           Debtor(s)          Chapter __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Seth Horowytz**<br>**226 N Latitude Cir**<br>**Delray Beach, FL 33483** | | **100%** | **Shareholder** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __August  1, 2018_____     Signature __/s/ Seth Horowytz_____
                                                         **Seth Horowytz**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of Florida

In re    **RCH Lawn Maintenance LLC**              Case No.
                             Debtor(s)        Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **August  1, 2018**             **/s/ Seth Horowytz**
                                    **Seth Horowytz/Managing Member**
                                    Signer/Title

```
Advantage Funding
1111 Marcus Avenue, Suite M27
Lake Success, NY 11042


Alvaro Gamaliel Vail Lux
18536 NW 35th Place
Miami, FL 33147


American Express
PO Box 650448
Dallas, TX 75265-0448


American Express
PB 297879
Fort Lauderdale, FL 33329-7879


Capital One NA
7933 Preston Road
Plano, TX 75024


Carlos Heliel Vail Lux
2901 NW 87th Terrace
Miami, FL 33147


Chase Mileage Plus United
P.O. Box 15123
Wilmington, DE 19850-5123


CT Corporation System
Attn: SPRS
330 N Brand Blvd, Suite 700
Glendale, CA 91203


Daniel Levine, Esq
3837 NW 2nd Ave, Ste 200
Boca Raton, FL 33431


Danny Perez Delgado
18631 NW 49th Court
Opa Locka, FL 33055


Florida Department of Revenue
5050 West Tennessee Street
Tallahassee, FL 32399
```

```
Florida Department of Revenue
Bankruptcy Section
P.O. Box 6668
Tallahassee, FL 32314-6668


Hitachi Captial America Corp
800 Connecticut Avenue
Norwalk, CT 06854


Insolvency Unit
7850 S.W. 6th Court
Mail Stop 5730
Fort Lauderdale, FL 33324


Internal Revenue Service
Department of the Treasury
RAIVS Team, Stop 91
P. O. Box 47-421
Atlanta, GA 30362


Internal Revenue Service
Ogden, UT 84201-0005



Isuzu Finance of America, Inc
2500 Westchester Avenue, Suite  312
Purchase, NY 10577


J.H. Zidell, P.A.
300-71st Street, Suite 605
Miami Beach, FL 33141


Landworks Depot
901 155th Ln S
Delray Beach, FL 33446


Maikel Sarracent Aldana
1466 Ranch Drive
West Palm Beach, FL 33415


Newman Group
c/o John Newman
6803 Lake Worth Road
Lake Worth, FL 33467
```

Nick Felicione Pest Control
1939 Banks Rd.
Margate, FL 33063


Nissan Motor Acceptance Corp
P.O. Box 390888
Minneapolis, MN 55439


Palm Beach County Tax Collector
P.O. Box 3715
West Palm Beach, FL 33402-3715


Pronto Mowers
8208 205th Ts
Boca Raton, FL 33434


Roberto Calimano Rodriguez
1342 NW 31st Court
Miami, FL 33147


Small Town Advance
1608 S. Ashland Ave #35697
Chicago, IL 60608


Strategic Funding Source, Inc
211 D. Bulifants Blvd, Suite E
Williamsburg, VA 23188


U.S. Department of Labor
1000 South Pine Island Road Suite 100
Fort Lauderdale, FL 33324


US Bank
P.O. Box 790179
Saint Louis, MO 63179


Wells Fargo Equipment Finance
300 Tri-State International, Suite 400
Lincolnshire, IL 60069


Western Equipment Finance
503 Highway 2 West
Devils Lake, ND 58301

```
HTD Leasing LLC
P.O. Box 105704
Atlanta, GA 30348-5704


LG  Autotronics, Inc
4427 South Military Trail
Lake Worth, FL 33463


Seth Horowytz
226 N Latitude Cir
Delray Beach, FL 33483
```