# United States Bankruptcy Court
## Southern District of Florida

In re   <u>**Seth Howard Horowytz**</u>

                                   Debtor(s)

Case No.

Chapter   <u>**11**</u>

## DECLARATION REGARDING PAYMENT ADVICES

**Debtor:**

■ Copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days.
_____ )

☐ Copies of all payment advices **are not** attached because the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

☐ Copies of all payment advices **are not** attached because the debtor:
- ☐ receives disability payments
- ☐ is unemployed and does not receive unemployment compensation
- ☐ receives Social Security payments
- ☐ receives a pension
- ☐ does not work outside the home
- ☐ is self employed and does not receive payment advices

☐ None of the statements above apply, however, the debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
Explain: _____

**Joint Debtor (if applicable):**

☐ Copies of payment advices, pay stubs or other evidence of payment received by the joint debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days.
_____ )

☐ Copies of payment advices **are not** attached because the joint debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

☐ Copies of payment advices **are not** attached because the joint debtor:
- ☐ receives disability payments
- ☐ is unemployed and does not receive unemployment compensation
- ☐ receives Social Security payments
- ☐ receives a pension
- ☐ does not work outside the home
- ☐ is self employed and does not receive payment advices

☐ None of the statements above apply, however, the joint debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
Explain: _____

LF-10 (rev. 12/01/09)

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

***NOTE: When submitting copies of evidence of payment such as pay stubs or payment advices, it is your responsibility to redact (blackout) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching for filing with the court. See Local Rule 5005-1(A)(2).***

**/s/ Seth Howard Horowytz**                                     Date:   **August  1, 2018**
**Seth Howard Horowytz**
Signature of Attorney or Debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

RCH LAWN MAINTENANCE LLC
9858 GLADES RD STE 163
BOCA RATON FL 33434

1710-9201
EE ID: 8

SETH HOROWYTZ
131 S FEDERAL HWY
APT 815
BOCA RATON FL 33434

| PERSONAL AND CHECK INFORMATION | EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| Seth Horowytz | | Salary | | | 626.48 | | 13156.08 |
| 131 S Federal Hwy | | Total Hours | | | | | |
| Apt 815 | | Gross Earnings | | | 626.48 | | 13156.08 |
| Boca Raton, FL 33434 | | Total Hrs Worked | | | | | |
| Soc Sec #: xxx-xx-xxxx   Employee ID: 8 | | | | | | | |

| | WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | | | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Social Security | | 38.84 | | | 815.68 |
| Pay Period: 05/28/18 to 06/03/18 | | Medicare | | 9.08 | | | 190.76 |
| Check Date: 06/08/18    Check #: 1000236 | | Fed Income Tax | S 0 | 62.98 | | | 1337.97 |

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 515.58 | 10811.67 |
| NET PAY | 515.58 | 10811.67 |

| | TOTAL | 110.90 | 2344.41 |
|---|---|---|---|

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| **NET PAY** | 515.58 | 10811.67 |

RCH LAWN MAINTENANCE LLC
9858 GLADES RD STE 163
BOCA RATON FL 33434

1710-9201
EE ID: 8

SETH HOROWYTZ
131 S FEDERAL HWY
APT 815
BOCA RATON FL 33434

**PERSONAL AND CHECK INFORMATION**
Seth Horowytz
131 S Federal Hwy
Apt 815
Boca Raton, FL 33434
Soc Sec #: xxx-xx-xxxx    Employee ID: 8

Pay Period: 06/04/18 to 06/10/18
Check Date: 06/15/18    Check #: 1000254
**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 515.57 | 11327.24 |
| NET PAY | 515.57 | 11327.24 |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Salary | | | 626.48 | | 13782.56 |
| | Total Hours | | | | | |
| | Gross Earnings | | | 626.48 | | 13782.56 |
| | Total Hrs Worked | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 38.84 | 854.52 |
| | Medicare | | 9.09 | 199.85 |
| | Fed Income Tax | S 0 | 62.98 | 1400.95 |
| | TOTAL | | 110.91 | 2455.32 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 515.57 | 11327.24 |

0038 **1710-9201** RCH Lawn Maintenance LLC • 9858 Glades Rd Ste 163 • Boca Raton FL 33434 • (973) 713-7915

RCH LAWN MAINTENANCE LLC
9858 GLADES RD STE 163
BOCA RATON FL 33434

1710-9201
EE ID: 8

SETH HOROWYTZ
131 S FEDERAL HWY
APT 815
BOCA RATON FL 33434

| PERSONAL AND CHECK INFORMATION | | | EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|---|
| Seth Horowytz | | | | | | | | | |
| 131 S Federal Hwy | | | | Salary | | | 626.48 | | 14409.04 |
| Apt 815 | | | | Total Hours | | | | | |
| Boca Raton, FL 33434 | | | | Gross Earnings | | | 626.48 | | 14409.04 |
| Soc Sec #: xxx-xx-xxxx   Employee ID: 8 | | | | Total Hrs Worked | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 38.84 | 893.36 |
| | Medicare | | 9.08 | 208.93 |
| | Fed Income Tax | S 0 | 62.98 | 1463.93 |
| | TOTAL | | 110.90 | 2566.22 |

Pay Period: 06/11/18 to 06/17/18
Check Date: 06/22/18    Check #: 1000272

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 515.58 | 11842.82 |
| NET PAY | 515.58 | 11842.82 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 515.58 | 11842.82 |

RCH LAWN MAINTENANCE LLC
9858 GLADES RD STE 163
BOCA RATON FL 33434

1710-9201
EE ID: 8

SETH HOROWYTZ
131 S FEDERAL HWY
APT 815
BOCA RATON FL 33434

| PERSONAL AND CHECK INFORMATION | | | EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|---|
| Seth Horowytz | | | | Salary | | | 626.48 | | 15035.52 |
| 131 S Federal Hwy | | | | Total Hours | | | | | |
| Apt 815 | | | | Gross Earnings | | | 626.48 | | 15035.52 |
| Boca Raton, FL 33434 | | | | Total Hrs Worked | | | | | |
| Soc Sec #: xxx-xx-xxxx    Employee ID: 8 | | | WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| | | | | Social Security | | | 38.84 | | 932.20 |
| Pay Period: 06/18/18 to 06/24/18 | | | | Medicare | | | 9.09 | | 218.02 |
| Check Date: 06/29/18    Check #: 1000291 | | | | Fed Income Tax | S 0 | | 62.98 | | 1526.91 |
| NET PAY ALLOCATIONS | | | | | | | | | |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) | | TOTAL | | | 110.91 | | 2677.13 |
| Check Amount | 515.57 | 12358.39 | | | | | | | |
| NET PAY | 515.57 | 12358.39 | | | | | | | |

| | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| NET PAY | | 515.57 | 12358.39 |

0038 1710-9201 RCH Lawn Maintenance LLC • 9858 Glades Rd Ste 163 • Boca Raton FL 33434 • (973) 713-7915

RCH LAWN MAINTENANCE LLC
9858 GLADES RD STE 163
BOCA RATON FL 33434

1710-9201
EE ID: 8

Payroll by Paychex, Inc.

SETH HOROWYTZ
131 S FEDERAL HWY
APT 815
BOCA RATON FL 33434

| PERSONAL AND CHECK INFORMATION | | | EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|---|
| Seth Horowytz | | | | Salary | | | 626.48 | | 15662.00 |
| 131 S Federal Hwy | | | | Total Hours | | | | | |
| Apt 815 | | | | Gross Earnings | | | 626.48 | | 15662.00 |
| Boca Raton, FL 33434 | | | | Total Hrs Worked | | | | | |
| Soc Sec #: xxx-xx-xxxx | Employee ID: 8 | | WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| | | | | Social Security | | | 38.84 | | 971.04 |
| Pay Period: 06/25/18 to 07/01/18 | | | | Medicare | | | 9.08 | | 227.10 |
| Check Date: 07/06/18    Check #: 1000310 | | | | Fed Income Tax | S 0 | | 62.98 | | 1589.89 |
| NET PAY ALLOCATIONS | | | | | | | | | |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) | | TOTAL | | | 110.90 | | 2788.03 |
| Check Amount | 515.58 | 12873.97 | | | | | | | |
| NET PAY | 515.58 | 12873.97 | | | | | | | |

| | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| NET PAY | | 515.58 | 12873.97 |

RCH LAWN MAINTENANCE LLC
9858 GLADES RD STE 163
BOCA RATON FL 33434

1710-9201
EE ID: 8          DD

SETH HOROWYTZ
131 S FEDERAL HWY
APT 815
BOCA RATON FL 33434

| PERSONAL AND CHECK INFORMATION | | | EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|---|
| Seth Horowytz | | | | Salary | | | 626.48 | | 16914.96 |
| 131 S Federal Hwy | | | | Total Hours | | | | | |
| Apt 815 | | | | Gross Earnings | | | 626.48 | | 16914.96 |
| Boca Raton, FL 33434 | | | | Total Hrs Worked | | | | | |
| Soc Sec #: xxx-xx-xxxx | Employee ID: 8 | | WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| | | | | Social Security | | | 38.84 | | 1048.73 |
| Pay Period: 07/09/18 to 07/15/18 | | | | Medicare | | | 9.09 | | 245.27 |
| Check Date: 07/20/18    Check #: 1000342 | | | | Fed Income Tax | S 0 | | 62.98 | | 1715.85 |
| NET PAY ALLOCATIONS | | | | | | | | | |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) | | TOTAL | | | 110.91 | | 3009.85 |
| Check Amount | 0.00 | 12873.97 | | | | | | | |
| Chkg 3300 | 515.57 | 1031.14 | | | | | | | |
| NET PAY | 515.57 | 13905.11 | | | | | | | |

| | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| NET PAY | | 515.57 | 13905.11 |

RCH LAWN MAINTENANCE LLC
9858 GLADES RD STE 163
BOCA RATON FL 33434

1710-9201
EE ID: 8    DD



SETH HOROWYTZ
131 S FEDERAL HWY
APT 815
BOCA RATON FL 33434

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Seth Horowytz | | |
| 131 S Federal Hwy | | |
| Apt 815 | | |
| Boca Raton, FL 33434 | | |
| Soc Sec #: xxx-xx-xxxx    Employee ID: 8 | | |

Pay Period: 07/16/18 to 07/22/18
Check Date: 07/27/18    Check #: 1000357

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 12873.97 |
| Chkg 3300 | 515.58 | 1546.72 |
| **NET PAY** | **515.58** | **14420.69** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Salary | | | 626.48 | | 17541.44 |
| | Total Hours | | | | | |
| | Gross Earnings | | | 626.48 | | 17541.44 |
| | Total Hrs Worked | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 38.84 | 1087.57 |
| | Medicare | | 9.08 | 254.35 |
| | Fed Income Tax | S 0 | 62.98 | 1776.83 |
| | TOTAL | | 110.90 | 3120.75 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **515.58** | **14420.69** |