UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division
www.flsb.uscourts.gov

In Re:  Case No. 18-19428-EPK
Chapter 11

RCH LAWN MAINTENANCE LLC,

Debtor.

## AFFIDAVIT OF QUARTERLY POST-CONFIRMATION DISBURSEMENTS

The following disbursements have been made from the account of the Chapter 11 Debtor for the following periods:

October 1, 2019 to October 31, 2019        $ 150495.64

November 1, 2019 to November 30, 2019      $ 98577.58

December 1, 2019 to December 31, 2019      $ 144391.63

TOTAL                                       $ 393464.85

**I HEREBY DECLARE**, under penalty of perjury, that the foregoing information is true and correct to the best of my knowledge.

Respectfully submitted this 31st day of December 2019.

RCH LAWN MAINTENANCE LLC

By: _____
Seth Howard Horowytz, Managing Member